**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EMPOWERED LIFESTYLE**<br>　　**TECHNOLOGIES, LLC,**<br><br>　　　　*Plaintiff,*<br><br>　　**v.**<br><br>**BLUESMART INC.,**<br><br>　　　　*Defendant.* | **Civil Action No. 2:15-cv-1499**<br><br>**JURY TRIAL DEMANDED** |
| **EMPOWERED LIFESTYLE**<br>　　**TECHNOLOGIES, LLC,**<br><br>　　　　*Plaintiff,*<br><br>　　**v.**<br><br>**KNOMO USA LLC,**<br><br>　　　　*Defendants.* | **Civil Action No. 2:16-cv-38**<br><br>**JURY TRIAL DEMANDED** |

**<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

On this date came for consideration the Unopposed Motion to Dismiss Without Prejudice (Dkt. No. 48). The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Dismiss Without Prejudice be and hereby is GRANTED, and that all claims asserted in this action against Defendant Knomo USA LLC are hereby dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 10th day of March, 2016.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE